## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINCOLN BENEFIT LIFE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT BOWMAN, as Executor of the** | : | |
| **Estate of Paul J. Godlewski** | : | **NO. 15-6698** |

## ORDER

**NOW**, this 20th day of October, 2016, upon consideration of the Plaintiff Lincoln Benefit Life Company's Motion for Summary Judgment (Document No. 31), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.